UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30964 |
|---|---|
| VICKIE MARIE HARRIS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 23 | MONEYBACK<br>5658 SPRINGBORO PIKE<br>WEST CARROLLTON, OH  45449 | 101.23 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/17/2011

Certificate of Service        08-30964

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

VICKIE MARIE HARRIS
5113 ROBB COURT
DAYTON, OH  45417

THOMAS R BLASCHAK
1692 WOODMAN DRIVE
DAYTON, OH  45432

(31.1n)
DAY AIR CREDIT UNION
3502 WILMINGTON PIKE
KETTERING, OH  45429

(34.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(40.1n)
KY CHECK EXCHANGE
4317 W THIRD ST
DAYTON, OH  45417

(23.1)
MONEYBACK
5658 SPRINGBORO PIKE
WEST CARROLLTON, OH  45449

(37.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(39.1n)
SALLIE MAE INC
ATTN BANKRUPTCY LIT UNIT E3149
BOX 6180
INDIANAPOLIS, IN  46206

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        sv